UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLONZO ROYSTON,

    Petitioner,

    v.

RANDY GROUNDS, Warden,

    Respondent.

No. C-12-3665 EMC (pr)

**ORDER OF DISMISSAL**

This *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 attacking a parole denial decision was filed on July 12, 2012, at which time the Court notified Petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Petitioner was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Petitioner did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 15, 2012

                                                EDWARD M. CHEN
                                                United States District Judge