UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLONZO ROYSTON,

    Petitioner,

    v.

RANDY GROUNDS, Warden,

    Respondent.
_____/

No. C-12-3665 EMC (pr)

**ORDER DENYING APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES, AND DENYING COA**

    This action was dismissed because Petitioner failed to state a claim upon which federal habeas relief may be granted. Petitioner then filed a notice of appeal, which caused the Clerk to send to him a form request for payment of the $455.00 filing fee for an appeal. Petitioner did not pay the fee or apply to proceed *in forma pauperis*. The Clerk's office sent him two dunning notices about the fee obligation. Petitioner then filed a "motion to proceed without payment" of fees in which he urged that he "should not be force[d] to pay a filing fee of any kind." (Docket # 16.)

    Petitioner's motion to proceed without any payment of fees is **DENIED**. (Docket # 16.) The $455.00 filing fee to take an appeal from a judgment in his habeas action is separate and in addition to the $5.00 filing fee to file the habeas petition in the district court. The fees are mandatory.

    A prisoner-petitioner who believes he is unable to pay the filing fee may file an application to proceed *in forma pauperis*. If Petitioner wants to proceed *in forma pauperis* on appeal, he may file a signed application to proceed *in forma pauperis* to which he has attached a certified copy of his inmate trust account statement for the last six months. *See* 28 U.S.C. § 1915(b).

A certificate of appealability will not issue with respect to the dismissal because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: May 6, 2013

_____
EDWARD M. CHEN
United States District Judge